# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Macon Division

| | | |
|---|---|---|
| Sharrief Bey Ex. Relo: DEWYAN RENARD FITZGERALD | ) | Case No. |
| | ) | _____ |
| *Plaintiff(s)* | ) | *(to be filled in by the Clerk's Office)* |
| *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |
| | ) | **Filed at** ____ 12:47 P M |
| -v- | ) | ____ 2/24 ____, 20 21 |
| | ) | |
| | ) | DEPUTY CLERK, U.S. DISTRICT COURT |
| GEORGIA DEPARTMENT OF HUMAN SERVICES, DIVISION OF CHILD SUPPORT SERVICES et al | ) | MIDDLE DISTRICT OF GEORGIA |
| | ) | |
| *Defendant(s)* | ) | |
| *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | ) | |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DEWYAN RENARD FITZGERALD |
| Street Address | 2929 Watson boulevard Suite 2 #172 |
| City and County | Warner Robins & Houston |
| State and Zip Code | Georgia 31093 |
| Telephone Number | (770) 895-3698 |
| E-mail Address | dfitz522@yahoo.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

**Defendant No. 1**

Name

Job or Title *(if known)*      CHILD SUPPORT RECEIVER, AND THIER EMPLOYEES

Street Address      92 COHEN WALKER DRIVE

City and County      WARNER ROBINS, HOUSTON COUNTY

State and Zip Code      GEORGIA 31088

Telephone Number      (478) 988-7600

E-mail Address *(if known)*

**Defendant No. 2**

Name

Job or Title *(if known)*      GA DPT. OF HUMAN SERVICES DIVISION OF CHILD SUPPORT

Street Address      [CONTINUED...SERVICES DCSS FAMILY REGISTRY]

City and County      1800 CENTURY BOULEVARD N.E. SUITE 12000

State and Zip Code      ATLANTA, FULTON COUNTY

Telephone Number      GEORGIA 30345

E-mail Address *(if known)*      (844) 694-2347

wrobbinscse@dhs.ga.gov

**Defendant No. 3**

Name

Job or Title *(if known)*      CLERK OF SUPERIOR COURT

Street Address      HOUSTON COUNTY SUPERIOR COURT CLERK

City and County      201 NORTH PERRY PARWAY

State and Zip Code      PERRY, HOUSTON COUNTY

Telephone Number      GEORGIA 31069

E-mail Address *(if known)*      (478) 218-4720

**Defendant No. 4**

Name

Job or Title *(if known)*      LUKEMIRE, EDWARD D.

Street Address      JUDGE AND/OR ADMINISTRATOR

City and County      201 NORTH PERRY PARKWAY

State and Zip Code      PERRY, HOUSTON COUNTY

Telephone Number      GEORGIA 31069

E-mail Address *(if known)*

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

     ☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

United Nations: Article 15 Universal Declaration of Rights declares everyones right to Nationality 2. No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality. Amendment 1 United States Constitution Freedom of Religion  Ratified 12/15/1791

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

     a.     If the plaintiff is an individual

The plaintiff, *(name)* Dewyan Renard Fitzgerald , is a citizen of the State of *(name)* American .

     b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

     a.     If the defendant is an individual

The defendant, *(name)* LUKEMIRE, EDWARD D. , is a citizen of the State of *(name)* GEORGIA . Or is a citizen of *(foreign nation)* _____ .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

    b.    If the defendant is a corporation

The defendant, *(name)* <u>GA DPT. OF HUMAN SERVICES DVN</u>, is incorporated under the laws of the State of *(name)* <u>GEORGIA</u>, and has its principal place of business in the State of *(name)* <u>HOUSTON COUNTY, GEORGIA</u>.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$1,000,000.00 per occurrence plus all court cost, associated fee's, and for all time spent of the case, et al...

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

Houston County, Georgia

B.    What date and approximate time did the events giving rise to your claim(s) occur?

Order Date: June 04,1999
Start Date: September 01, 1999

C.   **What are the facts underlying your claim(s)?** *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*

GEORGIA DEPARTMENT OF OF HUMAN SERVICES DIVISION OF CHILD SUPPORT SERVICES DCSS FAMILY REGISTRY et al...was compensated in lawful money on the behalf of Child Support Receiver and Child Support Receiver and their Employees.

This case involves personal injury, discrimination, unethical practices, fraud, and violation of federal and international treaty laws. The State of Georgia Employees listed as defendants in this case have been unethical.

• Bankruptcy Act 1933
• House Joint Resolution 192

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This fraud has cost the Plaintiff lose od employment over number of years

License suspended etc.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Claims are being made due to violation of the Plaintiff's Security Agreement and fee schedule, Filed in the Superior Court of Houston County, 201 North Perry Parkway, Perry Georgia, 31069 by the Clerk of Superior Court, Uniform Commercial Code File Number 76-2016-00976

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   *February 17, 2021*

Signature of Plaintiff   *Dewyan Renard Fitzgerald*

Printed Name of Plaintiff   Dewyan Renard Fitzgerald, Attorney in Fact

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Street Address   _____

State and Zip Code   _____

Telephone Number   _____

E-mail Address   _____