IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEWYAN RENARD FITZGERAL, a/k/a SHARRIEF BEY, | * |
| | * |
| Plaintiff, | Case No. 5:21-cv-71-TES |
| v. | * |
| CHILD SUPPORT RECEIVER, et al, | * |
| Defendants. | * |

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated March 16, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 16th day of March, 2021.

David W. Bunt, Clerk

s/ Gail G. Sellers, Deputy Clerk